IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HENRY ROEBEN,

    Plaintiff,                              JUDGMENT IN A CIVIL CASE

v.                                                    13-cv-641-wmc

HOME DEPOT, INC.,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant granting summary judgment in favor of Home Depot, Inc. and dismissing this case.

    /s/                                                           December 29, 2014

    Peter Oppeneer, Clerk of Court                        Date